United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

WALTER CRUZ-ZAVALA, *et al*.

        Defendants.

_____/

No. CR 08-0730 WHA

**ORDER RE GOVERNMENT RESPONSE TO DEFENDANT CRUZ-ZAVALA'S  MOTION TO STRIKE**

By **THURSDAY, JUNE 2 AT 5 P.M.**, the government shall submit a written response to defendant Walter Cruz-Zavala's motion to strike the testimony of Walter Palma as related to the "Alfredo" incident.  The response shall include the government's offer of proof regarding the .380 firearm (Tr. 7586).  The parties will then be given an opportunity to present further oral argument on the issue during the morning proceedings on **FRIDAY, JUNE 3**.

Dated:  May 27, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE