IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*

    Defendants.

No. CR 08-0730 WHA

**ORDER RE DEFENDANT CRUZ-ZAVALA'S MOTION TO EXCLUDE DRAWING (DKT. NO. 4665)**

    As stated during the June 11 proceedings, absent a stipulation between the parties, if the government brings up TX 794 in its closing argument, the government is required to state that it is does not contend the drawing is of a real firearm and explain it is only submitting the drawing as indicia of defendant Cruz-Zavala's familiarity with weapons (Tr. 12947).

    **IT IS SO ORDERED.**

Dated: July 12, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE