IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE RELEASE OF WALTER CRUZ-ZAVALA FROM CUSTODY** |
| WALTER CRUZ-ZAVALA, *et al.* | |
| Defendants. | |

Based on the jury's verdict finding him not guilty of charges in the indictment in the above-captioned matter, Walter Cruz-Zavala shall be released from custody unless he is properly in custody due to a detainer or charges in another matter.

**IT IS SO ORDERED**.

Dated: August 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE