AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

WALTER CRUZ-ZAVALA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-08-0730-007 WHA

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_

Signature of Judge

| WILLIAM ALSUP | DISTRICT JUDGE |
|---|---|
| Name of Judge | Title of Judge |

8/31/2011

Date